| AO 10 Rev. 1/2014 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>MARSH, MALCOLM F. | 2. Court or Organization<br><br>U.S. DISTRICT COURT, OREGON | 3. Date of Report<br><br>04/07/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISRICT. JUDGE, SENIOR. STATUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>1000 S. W. THIRD AVENUE<br>SUITE 1507<br>PORTLAND, OR 97204 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Grantor/Trustee of Intervivos Trust | Pioneer Trust Bank (See Line 82) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F. | 04/07/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F. | 04/07/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F. | 04/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MORGAN Stanley Man Acc # 482 Munil Bonds (h) | | | | | | | | | |
| 2. Ore St Dept Admin Svcs Lottery, Due 04/01/2025 | B | Interest | | | Sold | 05/07/13 | K | | |
| 3. Tillamook Bay Ore Cmnty College, Due 6/15/2026 | B | Interest | | | Sold | 05/07/13 | K | | |
| 4. Puerto Rico Cmnwlth Hwy Transn, Ser. AGM, due 7/1/2026 | A | Interest | | | Sold | 11/01/13 | K | | |
| 5. Lake Oswego Ore Ser A, L/T, B/E, Due 6/1/2029 | A | Interest | | | Sold | 03/13/13 | K | | |
| 6. Wash. Cnty Ore Clean Wtr Ser. B, B/E, Due 10/1/2029 | B | Interest | | | Sold | 03/05/13 | L | | |
| 7. Florence Ore Rfdg, Due 12/1/2030 | A | Interest | | | Sold | 03/13/13 | K | | |
| 8. Portland ORE WTR Sys Re OID Mat: 04/01/2037 | C | Interest | | | Sold | 08/13/13 | L | | |
| 9. Portland Ore Urban Renewal, Due 6/15/2023 | A | Interest | K | T | | | | | |
| 10. Port Portland Int'l Airport, Due 7/1/2026 | A | Interest | K | T | | | | | |
| 11. Clackamas County Ore Sch. dist #46, Ser. A, Due 6/15/2029 | B | Interest | K | T | | | | | |
| 12. Oregon St. Facs Auth Rev Rfdg, Due 3/15/2030 | B | Interest | L | T | | | | | |
| 13. Portland Ore. urban Renewal & B/E, due 6/15/2031 | B | Interest | K | T | | | | | |
| 14. Medford Ore. Hosp Facs. AGM B/E, due 8/15/2035 | B | Interest | K | T | | | | | |
| 15. Salem Ore Hosp Fac., Ser. A, Due 8/15/2036 | B | Interest | L | T | | | | | |
| 16. OR Health & Science Univ Revenue Ser-A 07/01/2024 | B | Interest | K | T | Buy | 10/29/13 | K | | |
| 17. Port of Prt OR Port Intl Arpt Passenger Face Rev-A Due 07/01/2027(h) | B | Interest | | | Sold | 06/07/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. | | | | | | | | | |
| 20. | | | | | | | | | |
| 21.   –OTHER Investments & activities 482(h) | | | | | | | | | |
| 22.   Powershares S&P 500 Low Vola | A | Interest | | | Buy | 02/06/13 | K | | |
| 23.   Powershares S&P 500 Low Vola | A | Interest | | | Sold | 10/29/13 | K | | |
| 24.   Powershares QQQ TR | A | Interest | K | T | Sold (part) | 05/09/13 | K | | |
| 25.   Wisdomtree Trust Emrg Mkt Eqt | B | Interest | | | Sold | 02/03/13 | K | | |
| 26.   Wisdomtree US Divid Grow FD | B | Interest | L | T | Buy | 06/07/13 | L | | |
| 27.   Powershares S & P Low Vola | B | Interest | K | T | Buy | 03/05/13 | K | | |
| 28.   IShares Trust DJ Select | A | Interest | J | T | Buy | 04/11/13 | J | | |
| 29.   IShares Select Dividend ETF | A | Interest | K | T | Buy | 08/13/13 | K | | |
| 30.   IShares Trust DJ Select | A | Interest | J | T | Sold (part) | 05/09/13 | J | | |
| 31.   IShares Select Dividend ETF | A | Interest | | | Sold | 10/04/13 | K | | |
| 32.   Global X SuperDividend ETF | C | Interest | L | T | Buy | 05/07/13 | L | | |
| 33.   Global X SuperDividend ETF | C | Interest | K | T | Sold (part) | 08/13/13 | K | | |
| 34.   Clearbridge Energy MLP FD Inc | B | Interest | K | T | Buy | 10/04/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 6 of 11

Name of Person Reporting

**MARSH, MALCOLM F.**

Date of Report

04/07/2014

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Clearbridge Energy MLP OPP FD | B | Interest | K | T | Buy | 10/04/13 | K | | |
| 36. Powershares QQQ TR | B | Interest | K | T | Buy | 08/13/13 | K | | |
| 37. Fortune Brands, Inc., Due 11-15-2021 | A | Interest | | | Sold | 09/11/11 | K | | See Note** Sold 09/11/11 |
| 38. Wells Fargo Capital Enhanced, Due 3/15/2068 | A | Interest | | | Sold | 09/11/11 | K | | See Note **Sold 09/11/11 |
| 39. ***Western Asset Oregon Muni C | A | Interest | | | Sold | 04/11/13 | J | | See Note |
| 40. MORGAN Stanley Acc #395 (h) Corp Bonds (IRA) | | | | | | | | | |
| 41. Vulcan Materials Co., Due 6/15/2018 | B | Interest | | | Sold | 01/11/13 | K | | |
| 42. Genworth Financial, Due 2/15/21 | A | Interest | | | Sold | 02/05/13 | K | | |
| 43. Goldman Sachs Group, Due 11/1/2060 | B | Interest | | | Sold | 03/05/13 | K | | |
| 44. Unit Gugg Zacks Income Adv Strate Series 16 | C | Interest | | | Sold | 03/21/13 | L | | |
| 45. Unit First Trust Tactical Income 5 | B | Interest | | | Sold | 03/21/13 | K | | |
| 46. Manulife Financial Corp, Due 9/17/2020 | A | Interest | | | Sold | 04/11/13 | J | | |
| 47. Units FTP Tactical Income Portfolio Series 11 | B | Interest | | | Sold | 05/07/13 | K | | |
| 48. Unit AAM High 80 DIV 2013-2Q | B | Interest | | | Buy | 05/14/13 | L | | |
| 49. Unit AAM High 80 DIV 2013-2Q | B | Interest | | | Sold | 12/06/13 | L | | |
| 50. Unit FT Strategic Income CE 48 | B | Interest | | | Buy | 07/09/13 | K | | |
| 51. Unit FT Strategic Income CE 48 | B | Interest | | | Sold | 12/06/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F. | 04/07/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Unit AAM Strategic High 80 Dividend 2012-2Q | B | Interest | | | Sold | 05/14/13 | K | | |
| 53. Unit FTP Strategic Income Series 36 | A | Interest | | | Sold | 07/09/13 | K | | |
| 54. Unit FTP Sr Loan & Ltd Duration Series 52 | C | Interest | | | Sold | 10/02/13 | K | | |
| 55. Unit FTP Sr Loan & Ltd Duration Plus Series 54 | C | Interest | | | Sold | 10/02/13 | K | | |
| 56. Unit AAM Steelpath/Alerian MLP & Income 12-2 | B | Interest | | | Sold | 12/06/13 | K | | |
| 57. Unit First Trust Tactical Income 14 | A | Interest | | | Sold | 12/06/13 | J | | |
| 58. Powershares S&P 500 Low Vola | C | Interest | | | Buy | 01/11/13 | K | | |
| 59. Powershares S&P 500 Low Vola | C | Interest | | | Sold | 06/25/13 | K | | |
| 60. Powershares S&P 500 Low Vola | B | Interest | | | Buy | 02/05/13 | K | | |
| 61. Powershares S&P 500 Low Vola | B | Interest | | | Sold | 08/02/13 | K | | |
| 62. Clearbridge Energy MLP RD Inc | B | Interest | K | T | Buy | 03/05/13 | K | | |
| 63. Powershares S&P Low Vola | A | Interest | J | T | Buy | 04/11/13 | J | | |
| 64. Global X Superdividend ETF | D | Interest | | | Buy | 05/14/13 | K | | |
| 65. Global X Superdividend ETF | D | Interest | | | Buy | 06/25/13 | K | | |
| 66. Global X Superdividend ETF | D | Interest | | | Sold | 10/29/13 | K | | |
| 67. Global X Superdividend US ETF | C | Interest | K | T | Buy | 08/02/13 | K | | |
| 68. Wisdomtree US Divid Grow FD | A | Interest | K | T | Buy | 10/02/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F. | 04/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. First TR Exchange Traded FD VI | A | Interest | K | T | Buy | 10/02/13 | K | | |
| 70. Clearbridge Energy MLP RD Inc. | C | Interest | K | T | Buy | 10/02/13 | K | | |
| 71. Blackrock Strat Inc Opport C | A | Interest | K | T | Buy | 10/29/13 | K | | |
| 72. Neuberger Berman LG SH Inst | A | Int./Div. | L | T | Buy | 12/31/13 | L | | |
| 73. Lord Abbett Sht Duration Inc F | B | Interest | K | T | Buy | 12/31/13 | K | | |
| 74. Mainstay Marketfield I | A | Interest | K | T | Buy | 12/31/13 | K | | |
| 75. Unit Gugg Zacks Income Adv 20 | C | Interest | | | Buy | 03/21/13 | L | | |
| 76. Unit Gugg Zacks Income Adv 20 | C | Int./Div. | | | Sold | 12/03/13 | L | | |
| 77. Unit FT Tactical Income 18 | B | Interest | | | Buy | 03/21/13 | K | | |
| 78. Unit FT Tactical Income 18 | B | Interest | | | Sold | 12/06/13 | K | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. PERSONAL BANK ACCOUNTS and TRUST(h) | | | | | | | | | |
| 82. Pioneer Trust Bank (See P. 1, Positions) | A | Interest | K | T | | | | | |
| 83. Key Bank Private Bank | A | Interest | J | T | | | | | |
| 84. U.S. Bank Checking Acct. | A | Interest | J | T | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F. | 04/07/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARSH, MALCOLM F. | 04/07/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The following investments were previously inadvertently left off past reports.


Re:  2012 Report

Line 2:  Western Asset Oregon Muni C was still owned during the 2013 reporting period and was inadvertently left off the 2012 and 2013 report.  Purchase date was 10/04/2010.  Sale date in its entirety was 04/11/2013.


Re:  2013 Report

Line 44: IShares Trust DJ Select was inadvertently placed under the incorrect account # and has been inserted in the correct account # for this report.

Line 53: Fortune Brands, Inc., Due 11-15-2012, was sold on 09/01/2011 and was inadvertently left on the 2013 Report

Line 59: Wells Fargo Capital Enhanced, Due 03-15-2068, was sold on 09/01/2011 and was inadvertently left on the 2013 Report

Current Report

Line 82: Pioneer Trust Bank account has no reportable assets.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MALCOLM F. MARSH**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544